```
               DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> (NATIONAL PARK SERVICE), ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONNA ROBERTS; DEBRA ROBERTS- ) <br> LIBURD; LUCIA ROBERTS FRANCIS; ) <br> GLORIA JOSEPH; KEITH E. FRAZER; ) <br> ALVENO A. HERMAN, SR.; ALLEN E. ) <br> ROBERTS, II; EDWIN E. ROBERTS, ) <br> II; SHIREE ANN ROBERTS; RAY ) <br> ROBERTS; LYNETTE MAGRAS; GAYE R. ) <br> MOSES; SEKOU MAGRAS; LENNY ) <br> LIBURD; LEE CHRISTIAN; DELSA ) <br> CHRISTIAN; and KATIKA KIMBO ) <br> DONOVAN, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 2014-95 |

**ATTORNEYS:**

**Ronald Sharpe**, USA
**Angela Tyson-Floyd**, AUSA
United States Attorney's Office
St. Thomas, VI
    *For the United States,*

**Joseph Caines, Esq.**
Law offices of Joseph Caines
St. Thomas, VI
    *For Donna Roberts; Lucia Roberts Francis; Gloria Joseph;*
    *Keith E. Frazer; Alveno A. Herman, Sr.; Allen E. Roberts,*
    *II; Edwin E. Roberts, II; Shiree Ann Roberts; Ray Roberts;*
    *Lynette Magras; Gaye R. Moses; Sekou Magras; Lenny Liburd;*
    *Lee Christian; Delsa Christian; and Katika Kimbo Donovan.*

## ORDER

**GÓMEZ, J.**

Before the Court is the motion of the United States to dismiss the counterclaims in this property dispute.

For the reasons articulated in the Memorandum Opinion of even date, it is hereby

**ORDERED** that the motion of the United States to dismiss the counterclaim is **GRANTED**; and it is further

**ORDERED** that Counts One, Two, Three, and Four of the counterclaim are **DISMISSED.**

S\_____
**CURTIS V. GÓMEZ**
**District Judge**